Grafton,
March 5, 1935.

ALBERT R. COLLINS, *Adm'r, & a. v.* LEON C. COLLINS *& a.*

*Harold E. Wescott,* by brief and orally, for the plaintiffs.

*Alvin F. Wentworth,* for certain defendants, furnished no brief.

*Per Curiam.* The question transferred is idle. The will gave Arista either full or partial title to certain property. If it was partial, he acquired the remaining interest as the sole heir of the testatrix. In that view it was undisposed of and passed by inheritance. He thus became the sole owner in fee of the property.

*Case discharged.*